UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DANA HAWES, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.  3:17-cv-00346-MHL |

## STIPULATION AND CONSENT ORDER OF DISMISSAL

THIS DAY CAME the Plaintiff, Dana D. Hawes, by and through counsel, and the Defendants, Bank of America, N.A. and Carrington Mortgage Services, LLC, by and through counsel, and move the Court to dismiss the above-captioned action in its entirety with prejudice, without costs and fees, and waiving all rights of appeal, because the parties have settled all claims and controversies between them.

UPON CONSIDERATION of the representations of counsel, the pleadings, and for good cause shown, it is hereby ORDERED, that the above-captioned action is DISMISSED, with prejudice, without costs and fees, and waiving all rights of appeal. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction solely for the purpose of enforcing the settlement of this action.

IT IS SO ORDERED.  DATED this _____ day of February, 2018.

_____
The Honorable M. Hannah Lauck
UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

/s/ Kristi Cahoon Kelly
Kristi Cahoon Kelly (VSB #72791)
Andrew Joseph Guzzo (VSB #82170)
KELLY & CRANDALL, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
(703) 424-7576 – Telephone
(703) 591-0167 – Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*

/s/ Sabrina M. Rose-Smith
Sabrina M. Rose-Smith (VSB No. 65888)
Matthew S. Sheldon (VSB No. 73734)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444
E-mail: srosesmith@goodwinlaw.com
E-mail: msheldon@goodwinlaw.com

*Counsel for Defendant Bank of America, N.A.*

/s/ Drew W. Marrocco
Drew W. Marrocco (VSB No. 38955)
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6387
Facsimile: (202) 496-7756
drew.marrocco@dentons.com

John W. Lomas, Jr. (pro hac vice)
Dentons US LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7183
Facsimile: (202) 496-7756
john.lomas@dentons.com

Sandra Denise Hauser
Dentons US LLP (NY-NA)
1221 A venue of the Americas
New York, NY 10020
Telephone: (202) 768-6802
Facsimile: (202) 768-6800
sandra.hauser@dentons.com

*Counsel for Carrington Mortgage Services, LLC*

**CERTIFICATE OF SERVICE**

      I, Sabrina M. Rose-Smith, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on February 13, 2018.

/s/ Sabrina M. Rose-Smith
Sabrina M. Rose-Smith (VSB No. 65888)
Matthew S. Sheldon (VSB No. 73734)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444
E-mail: srosesmith@goodwinlaw.com
E-mail: msheldon@goodwinlaw.com

*Counsel for Defendant Bank of America, N.A.*